UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS LOEPER, JR. on behalf of himself and others similarly situated : : : | CIVIL ACTION NO. 3:22-2044 |
| Plaintiff : | (JUDGE MANNION) |
| v. : | |
| WEGMANS FOOD MARKETS, Inc. : | |
| Defendant : | |

### ORDER

AND NOW, this 15th day of February, 2024, upon consideration of Plaintiff's "Unopposed Motion for Preliminary Approval of Class Action Settlement and Other Related Relief" ("Motion") (ECF No. 31), the accompanying "Class Action Settlement Agreement" ("Agreement") (ECF No. 31-1), and all other papers and proceedings herein, it is hereby ORDERED that:

    1. The Motion is GRANTED IN PART as noted below and the settlement of this action is PRELIMINARILY APPROVED because it appears that, at the final approval stage, the Court "will likely be able to" approve the settlement under the criteria described in Federal Rule of Civil Procedure ("Civil Rule") 23(e)(2) and certify the settlement class under Civil

Rule 23(a) and (b)(3).  See Fed. R. Civ. P. 23(e)(1)(B)(i)-(ii) with the amendment of paragraph #4 to reflect "a total of approximately $228,334 will be available to _____ Class Members" and paragraph #10 which will reflect "a $5,000 service award payment to plaintiff."

2.  The "Notice of Settlement" form ("Notice Form") attached to the Agreement as Exhibit A and the notice protocols described in paragraph 7 of the Agreement are approved, with the above noted changes, pursuant to Civil Rules 23(c)(2)(B).

3.  Individuals who wish to exclude themselves from the settlement must follow the procedures described in paragraph 8 of the Agreement and Section 7 of the Notice Form.

4.  Individuals who wish to object to the settlement must follow the procedures described in paragraph 9 of the Agreement and Section 8 of the Notice Form.

5.  Winebrake & Santillo, LLC and Lichten & Liss-Riordan, P.C. are appointed interim class counsel per Civil Rule 23(g)(3) and shall ensure that the notice process contemplated by the Agreement is followed.

6.  Pursuant to Civil Rule 23(e)(2), a hearing addressing final approval of the settlement will be held on **Thursday, May 30, 2024 at 10:30 a.m.**, Courtroom No: 3, United States Courthouse, 235 North Washington

Avenue, Scranton, PA 18501.  During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, inter alia, the following issues:  whether the settlement is fair and reasonable and warrants final approval under Civil Rule 23(e)(2); whether the service award described in the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel should be approved under Civil Rule 23(h).

7. Seven calendar days prior to the final approval hearing, class counsel shall file all papers in support of the final approval of the settlement and the associated issues described in paragraph 6 above.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

22-2044-03